IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:15-CR/43

NIKKI HORTON  18 U.S.C. § 1711
 18 U.S.C. § 2073

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

From on or about June 1, 2015, to on or about June 30, 2015, on one or more occasions, in the Northern District of Mississippi, NIKKI HORTON, defendant, being a Postal Service employee, did knowingly convert to her own use money, in a total amount exceeding $1,000.00, coming into her hands or under her control in the execution of her duties as a Postal Service employee, that is, the defendant did issue money orders without recording payment received from customers and subsequently converted the money received to her own use, in violation of Title 18, United States Code, Section 1711.

### COUNT TWO

From on or about June 1, 2015, to on or about June 30, 2015, on one or more occasions, in the Northern District of Mississippi, NIKKI HORTON, defendant, being an employee of the United States or any of its agencies, that is, a Postal Service employee, charged with the duty of keeping accounts or records of any kind, did knowingly, with intent to deceive and defraud, make in any such account or record a false and fictitious entry and record of a matter relating to and connected with her duties, that is, false and fictitious reports pertaining to the sale of U.S.

Postal Service money orders, in order to conceal and disguise her act of theft of postal funds, in violation of Title 18, United States Code, Section 2073.

A TRUE BILL

_____
**UNITED STATES ATTORNEY**

_/s/ **Signature Redacted**_____
**FOREPERSON**